OCT 13 2021 AM11:39
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

NIRJALA RAJKARNIKAR
_____
Plaintiff,

v.

STANLEY BLACK & DECKER
_____
Defendant(s).

Case No. 3:21cv 1356 AWT
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.    Plaintiff resides at the following location: 32 ROBIN ROAD, WEST HARTFORD CT 06119.

2.    Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 600 MYRTLE ST NEW BRITAIN CT 06053 - 3918

3.    This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☑    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age.  Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or   §§ 633a(b) and (c).

My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). td.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): ____

_____ .

(B) ☑ Termination of my employment. I was terminated from my employment on the following date: *march 13, 2018 (Approx.) 1st* *April 19, 2021* *(2nd)*

(C) ☑ *I WAS PREVENTED Rfom* ~~Failure to promote me. I was refused~~ a promotion on the following date(s): *(approx. 2018), (Approx. March 2021.)*

(D) ☒ Other acts as specified below: *WHISTLE BLOWER'S RETALIATION*

- THAT PROCURED ADVERSE ACTIIONS AGAINST ME AT MY RCECENT EMPLOYMENT

- I WAS HARASSED, DISCRIMINATE, EXPOSED TO SIMILAR UNSAFE WORK EMPLOYMENT AT MY NEW EMPLOYMENT THAT I COMPLAINED ABOUT TO BEFORE, WHICH I WITHDREW.

- INTERFERED ② WITH MY EMPLOYMENT, IN MY AA WAY OF EARNING.

- I was procured to adverse actions due to WHISTLEBlow That Lead up to prevention of me from advacing in profs Cayeer, leading up to threats of termination of Employ

5.    The conduct of the Defendant(s) was discriminatory because it was based upon:
race [✓], color [ ], religion [ ], sex [✓], age [ ], national origin [✓] or disability [ ].  [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: It was discriminatory because of I was a whilstleblower PROVIDING INFO TO GOVERNMENT AGENCIES for AUNFAIR, UNSAFE CONDUCTS TOWARDS PUBLIC BY A THEN MANAGERS TOWARDS ME AS WELL AS OTHERS.

6.    The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

I STARTED WORKING FOR "STANLEY BLACK & DECKER" IN ABOUT JANUARY 2017. I WAS INVITED TO SAFETY COMITTEE & ASKED ABOUT IF ANY SOLUTIONS WE COULD COME UP WITH FOR THE HAND AND WRISTS SAFETY. I PROVIDED MY SOLUTIONS AFTER FINDING OUT W/ OTHERS & MYSELF OF HOW AND WHAT PART HURTING. I SUBMITTED MY SOLUTION THAT REDUCED THE RISKS of INJURY BY 50%. BUT I WAS EXTREMELY HARASSED, SEXUAL HARASSMENTS, MENTA ABUSE FINANCIAL ABUSE, PROFESSIONAL BLACKLISTING, RETALIATED & HARASSED & MY EMPLOYMENT TERMINATED, TREATED INHUMANELY.

7.    The approximate number of persons who are employed by the Defendant employer I am suing is: APPrx. 300 + .

8.    The alleged discrimination occurred on or about the following date(s) or time period: 2018, 2017, 2019, 2020, 2021. .

3

9.      I filed charges with the:

☑      Equal Employment Opportunity Commission *(A-UTO FILE)*

☑      Connecticut Commission on Human Rights and Opportunities

10.     The Equal Employment Opportunity Commission issued a Notice of Right to Sue

letter **(copy attached)**, which I received on or about the following date: *N/A (WITHDRAWN IN 2018) 20 14*

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of

the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so

may result in delaying consideration of your claim(s).]

11.     The EEOC or the CHRO determined that there was no probable cause to believe

that  discrimination occurred.  My reasons for questioning that determination are as

follows [Attach additional sheets, if necessary]: _____

_____ *N/A* _____

_____

_____

12.     If relief is not granted, I will be irreparably denied rights secured under the law(s)

referred to in Item Number 3, above.

13.     WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be

deemed appropriate, including [**NOTE:**  While all of the forms of relief listed below may

not be available in a particular action, you should place a check next to each form of

relief you seek.):

☑      Injunctive orders (specify the type of injunctive relief sought): *REQUEST INJUCTIVE ORDER TO PROHIBIT my EX-EMPLOYER(S) TO INTERFERE with my EARNING and/o EMPLOYMENT.*

*(ASKING FOR MAKE LAW AGAINST EXTREME RETALIATIONS. AGAINST ATTEMPTS TO ALTER REALITY in WORKPLACE)*

☐      Backpay;

4

☐ Reinstatement to my former position;

☑ Monetary damages (specify the type(s) of monetary damages sought): __

_MONETARY SALARY/BENEFITS EQUAL TO THE MANAGERS WHO ABUSED
ME + WHAT COURT FIND_

☑ Other (specify the nature of any additional relief sought, not otherwise _IT APPROPRIATE_

provide for on this form): _ASK TO MAKE RULES REGULATIONS FOR WHEN_

_managers Solicit/Seek Solutions for Company proper Credit should
go to the Original Presenter including monetary benefits and_
AND costs and attorneys' fees. _or Professional Recognition, Promo
tions._

**JURY DEMAND**

I hereby    DO ☑    DO NOT ☐ demand a trial by jury.

| Original signature of attorney (if any) | Plaintiff's Original Signature |
|---|---|
| | |
| Printed Name and address | Printed Name and address |

_NIRJALA RAJKARNIKAR_

_32 ROBIN ROAD #1 WEST HARTFORD CT 06119._

Attorney's telephone         _(860) 560 - 3115._
                             Plaintiff's telephone

_N/A ._                      _NIRZ@ icloud.Com_

Email address if available   Email address if available

Dated: _10·13·2021_

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _HARTFORD, CT_ on _10·13·2021_ .
(location)                                          (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/23/16)